# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
JUSTIN THOMAS LEE FORMAN

*Defendant(s)*

Case No. 1:26-MJ-299

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 6, 2023 in the city/county of ______________ in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of a Visual Depiction Involving the Use of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Jacob Mercer, AUSA
*Printed name and title*

Melissa A. Macaron
*Complainant's signature*

Special Agent Melissa Macaron, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 07/30/2026

*Judge's signature*

City and state: Alexandria, Virginia

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*