**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN THOMAS LEE FORMAN<br><br>*Defendant.* | Case No. 1:26-MJ-299 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Melissa Macaron, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2020. I am currently assigned to FBI Richmond Field Office. I investigate criminal including but not limited to violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, transportation, possession, and access with intent to view of child pornography, in violation of 18 U.S.C. § 2252(a)(2). I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography, as defined in 18 U.S.C. § 2256(8), including computer media. Through my experience and training, I can identify child pornography when I see it. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, search warrants, and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail known to the government. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

3. I submit this affidavit in support of a criminal complaint and arrest warrant charging Justin Thomas Lee Forman with receipt of a visual depiction involving the use of a minor engaged in sexually explicit conduct. For the reasons set forth below, I submit there is probable cause to believe that on at least on or about July 6, 2023, **FORMAN** knowingly received a visual depiction involving the use of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

4. During the events described below, **FORMAN** was employed as a patrol Sergeant by the Stafford County Sheriff's Office. He resided in Fredericksburg, Virginia and worked in Stafford, Virginia, which are both located in the Eastern District of Virginia.

5. Based upon my training, experience, and discussions with federal prosecutors that I have worked with on this and other similar investigations, I have learned that:

a) 18 U.S.C. §§ 2252(a)(2) and (b)(1) prohibits any person from knowingly receiving, or attempting or conspiring to receive, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or

transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

a) "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b) "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the Internet service provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static" if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

c) "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of

eighteen years.

d) "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

e) "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

**SUMMARY OF PROBABLE CAUSE**

7. Law enforcement's investigation of **FORMAN** began in or around June 2026, after the FBI received a tip relating to an account associated with **FORMAN** being used to acquire child sexual abuse material (CSAM)[1].

8. On July 30, 2026, the FBI executed federal search warrants[2] at FORMAN's residence in Fredericksburg, Virginia as well as **FORMAN's** person and electronic devices, all within the Eastern District of Virginia,. Pursuant to the search warrants, the FBI seized approximately 16 electronic devices, including an iPhone cell phone (IMEI 356864560410911) taken from **FORMAN's** person.

---

[1] As used in this Affidavit, the term CSAM refers to visual depictions of minors engaged in sexually explicit conduct, as those terms are defined in 18 U.S.C. § 2256.

[2] Federal Search Warrants 1:26-SW-635, 636, and 637 issued out of the Eastern District of Virginia by the Honorable Ivan D. Davis.

9. A forensic review of **FORMAN's** iPhone revealed a Telegram chat between Telegram user "Jo Lane" user phone number the subject number confirmed to -6430 phone number and a Telegram user "Deleted Account." In the messages, the user of **FORMAN's** Telegram account ordered and paid for images and videos that depicted CSAM. For example, on August 14, 2024, **FORMAN**'s Telegram account stated "Hello." The Deleted User account sent a price package that included 18 different picture and video packages. Out of the 18 available packages, 11 of the packages were labeled as CSAM. On August 19, 2024, at approximately 04:31 AM, FORMAN's Telegram account replied that he wanted to purchase "Category 3, crypto." Category 3 was labeled Kids + Teens (0-17). The Deleted User account sent **FORMAN** a list of different options for **FORMAN** to pay using cryptocurrency and requested a screen shot after the payment. On August 19, 2024, at approximately 04:41 AM, **FORMAN**'s Telegram account sent the Deleted User account a screen shot depicting a Bitcoin payment of $110.23 to the Deleted User's Bitcoin account. In response, the Deleted User sent approximately 30 links[3].

10. On May 31, 2023, at approximately 06:42 AM, **FORMAN**'s Telegram account sent a message to Telegram account "Deleted Account" that said "/start" followed by "Waiting for you to verify." In response, Deleted Account sent **FORMAN**'s Telegram account images and videos that contain CSAM. Over the entire conversation, Deleted Account sent **FORMAN**'s Telegram account approximately 300 videos and 11 images. Not all of the images and videos have been reviewed at the time of this writing; however, based on initial review, the majority of the images and videos appear to be CSAM.

11. For example, one of the videos that was sent to **FORMAN**'s Telegram account had the title "tara 8 years old and she cums.3gp" The video can be described as:

[3] As of this writing, the links have not been reviewed by the case agent.

a. The video file is titled ‘tara8years%3aoldandshecums.3gp’ and is approximately 3 minutes, 57 seconds long. The video depicts what appears to be a minor female who is wearing a sports bra type shirt with her genitals exposed. A hand can be seen inserting a sex toy into the vagina of the minor. The minor can be heard moaning. The words across the screen are “Tara: 8yrs old and she cums!” At approximately 2:37 in the video, the words change to “now she gets ass fucked,” and the video depicts what appears to be the same minor female engaged in sexual intercourse with an adult male. At the end of the video, the minor’s face can be seen.

12. On approximately June 8, 2023, Deleted Account sent **FORMAN**’s Telegram account a screen shot of a variety of videos with a message stating “ALL NEW CP VIDEOS 300 VIDEOS – PERMANENT ACCESS JUST $25 BUCKS.” On July 1, 2023, at approximately 06:08 AM, **FORMAN**’s Telegram account replied “$25 for the new videos.” The Deleted Account user sent **FORMAN**’s Telegram account information for a PayPal account. On July 6, 2023, at 06:03 AM, **FORMAN**’s Telegram account sent a screenshot to the subject PayPal account and stated, “Just sent.” In response, the Deleted Account user sent what appears to be CSAM videos. For example, one video received by **FORMAN**’s Telegram account can be described as:

a. A 2 minute, 42 second video depicting a prepubescent minor female wearing a red dress. The minor female assists the adult male with taking off his underwear and an erect penis can be seen. The adult male was wearing a black shirt. The minor female’s face can be seen, but the adult’s face is never seen. At approximately 30 seconds into the video, the minor female can be seen performing oral sex on the adult male’s erect penis. At 1:54 in the video, the male places the minor female’s hand on the erect penis, and the minor female manually stimulates the penis. At

approximately 2:22 in the video, the minor female again performs oral sex.

b. A 2 minute, 20 second video begins by showing what appears to be a baby under a year old wearing a red shirt and a diaper holding a pacifier. The video then shows what appears to be an adult female wearing a red tank top and black skirt. The female takes the pants and diaper off of the baby then begins depicting what appears to be an adult female manually stimulating the baby's penis. At approximately 1:25 in the video, the adult female begins licking and sucking the baby's penis. For the duration of the video, the female goes between licking the baby's penis and manually stimulating it.

**CONCLUSION**

13. Based on the foregoing, I submit that there is probable cause to believe that on at least on or about July 6, 2023, **FORMAN** knowingly received a visual depiction involving the use of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1). I respectfully request that a criminal complaint and arrest warrant be issued for **FORMAN**.

Respectfully submitted,

Melissa A. Macaron
______________________________
Melissa Macaron
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to in accordance with Fed. R. Crim. P. 4.1 by telephone on July 30, 2026:

______________________________
The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia