**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Criminal No. 1:26-MJ-00299** |
| **JUSTIN THOMAS LEE FORMAN,** | : | |
| **Defendant.** | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

## I. INTRODUCTION

Defendant, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49(E), for entry of an Order permitting Defendant's Reply to the Government's Response in Opposition to Defendant's Motion to Revoke the Detention Order ("Defendant's Reply") and Exhibits to be filed under seal. Sealing is necessary as Defendant's Reply and Exhibits contains protected information covered by a protective order.

## II. ARGUMENT

The Defendant's Reply and Exhibits should be sealed because it contains protected information covered by a protective order that the public should not, under any other circumstances, be entitled to see. Judicial proceedings are generally open to the public and there exists, a right of public access to judicial records and documents. *Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429 (4th Cir. 2005) (citing *Balt. Sun Co. v. Goetz*, 886 F.2d 60, 64-65 (4th Cir. 1989)). However, the presumption of access to judicial records can be rebutted if countervailing interests heavily outweigh the public interests in access. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004). All information relating to

Defendant's Reply outweigh the public interests in access. The party seeking to overcome the presumption bears the burden of showing some significant interest that outweighs the presumption. *Id*. at 575. Ultimately, the decision to seal is a matter best left to the sound discretion of the district court. *Washington Post*, 386 F.3d at 575. With respect to Defendant's Reply in particular, the Eastern District of Virginia has required that such information should be protected and should be filed under seal. This Court has regularly held that protected information relevant to sentencing may be filed under seal.

Finally, sealing, as opposed to redaction, is necessary to protect the information contained in Defendant's Reply and Exhibits as confidential in its entirety.

**III. CONCLUSION**

Defendant respectfully requests that the Court enter an Order providing that Defendant's Reply and Exhibits shall be permanently filed under seal.

Respectfully submitted,

JUSTIN THOMAS LEE FORMAN
By Counsel

/s________________________
Nina J. Ginsberg, Esquire
Virginia State Bar No. 19472
Greenspun Shapiro Ginsberg & Yang PC
3955 Chain Bridge Rd., Fl. 2
Fairfax, VA 22030
Phone: (703) 352-0100
Fax: (703) 591-7268
Email: njg@greenspunlaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify on the 16th day of September, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s________________________
Nina J. Ginsberg